IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01165-KLM

JANE DOE, and
I.B., by her mother and next friend, Jane Doe,

    Plaintiffs,

v.

APRIL WOODARD, El Paso County Department of Human Services caseworker, individually;
CHRISTINA NEWBILL, Supervisor, El Paso County Department of Human Services, individually;
SHIRLEY RHODUS, Children, Youth and Family Services Director, El Paso County Department of Human Services, individually;
RICHARD BENGTSSON, individually, and in his official capacity as Executive Director, El Paso County Department of Human Services for prospective relief;
REGGIE BICHA, Executive Director of the Colorado Department of Human Services, in his official capacity for prospective relief; and
EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS, comprised of Sallie Clark, Darryl Glenn, Dennis Hisey, Amy Lathen, and Peggy Littleton, in their official capacity,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **First Amended Complaint** [#34][1]. Plaintiff's First Amended Complaint was filed as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B). *See Notice of Filing of Amended Complaint* [#35] at 1. As a result, the motion to dismiss [#31] filed by certain Defendants in response to the Complaint [#1] is moot. Accordingly,

    IT IS HEREBY **ORDERED** that the County Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [#31] is **DENIED as moot**. *See, e.g.*, *Strich v. United States*,

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

No. 09-cv-01913-REB-KLM, 2010 WL 14826, at *1 (D. Colo. Jan. 11, 2010) (citations omitted) ("The filing of an amended complaint moots a motion to dismiss directed at the complaint that is supplanted and superseded."); *AJB Props., Ltd. v. Zarda Bar-B-Q of Lenexa, LLC*, No. 09-2021-JWL, 2009 WL 1140185, at *1 (D. Kan. Apr. 28, 2009) (finding that amended complaint superseded original complaint and "accordingly, defendant's motion to dismiss the original complaint is denied as moot"); *Gotfredson v. Larsen LP*, 432 F. Supp. 2d 1163, 1172 (D. Colo. 2006) (noting that defendants' motions to dismiss are "technically moot because they are directed at a pleading that is no longer operative").

Dated:  August 21, 2015