IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01165-KLM

JANE DOE, and
I.B., by her mother and next friend, Jane Doe,

    Plaintiffs,

v.

APRIL WOODARD, El Paso County Department of Human Services caseworker, individually;
CHRISTINA NEWBILL, Supervisor, El Paso County Department of Human Services, individually;
SHIRLEY RHODUS, Children, Youth and Family Services Director, El Paso County Department of Human Services, individually;
RICHARD BENGTSSON, individually, and in his official capacity as Executive Director, El Paso County Department of Human Services for prospective relief;
REGGIE BICHA, Executive Director of the Colorado Department of Human Services, in his official capacity for prospective relief; and
EL PASO COUNTY BOARD OF COUNTY COMMISSIONERS, comprised of Sallie Clark, Darryl Glenn, Dennis Hisey, Amy Lathen, and Peggy Littleton, in their official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **County Defendants' Motion to Stay Discovery** [#32][1] (the "First Motion") and the **County Defendants' Amended Motion to Stay Discovery: Unopposed** [#37] (the "Second Motion"). The Second Motion requests the same relief as the First Motion and clarifies that the requested relief is unopposed. Accordingly, the First Motion is moot. The Second Motion requests a stay of "the case pending resolution of all dispositive motions." *Second Motion* [#37] at 2. However, on

---

[1] "[#32]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

August 20, 2015, Plaintiffs filed their First Amended Complaint [#34],[2] which rendered moot the only pending dispositive motion.  See Minute Order [#36] at 1-2 (denying County Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [#31] as moot).  As a result, there are no pending dispositive motions in this case.  Accordingly,

IT IS HEREBY **ORDERED** that the First Motion [#32] is **DENIED as moot** and the Second Motion [#37] is **DENIED without prejudice**.

Dated:  August 24, 2015

---

[2] The Court reminds Defendants that Fed. R. Civ. P. 15(a)(3) governs their deadline to respond to the First Amended Complaint.