IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01165-KLM

JANE DOE, and
I.B., by her mother and next friend, Jane Doe,

    Plaintiffs,

v.

JULIE KROW, in her official capacity as Executive Director, El
Paso County Department of Human Services for prospective relief,

REGGIE BICHA, Executive Director of the Colorado Department of Human Services, in his
official capacity for prospective relief,

    Defendants.

_____

**STIPULATION OF DISMISSAL OF REMAINING PENDING CLAIMS
WITH PREJUDICE**
_____

The parties, by and through respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that Plaintiffs' remaining pending claim—the official-capacity claims for prospective relief in the Second Claim for Relief against Defendants Krow and Bicha from Plaintiffs' First Amended Complaint be dismissed with prejudice, with each party to cover its own fees and costs as to this claim. This Court previously dismissed Plaintiffs' Third, Fourth, and Fifth Claims for Relief with prejudice, and dismissed portions of Plaintiffs' First and Second Claims for Relief without prejudice. *See* ECF No. 50 at pp. 36, 37. This Court subsequently

denied Plaintiffs' motion to amend to reinstate the previously dismissed portion of their First and Second Claims for Relief. *See* ECF No. 77.

Accordingly, the parties also respectfully request that this Court vacate the evidentiary hearing set for February 23, 2018. Given that this Court has denied Plaintiffs all relief, pursuant to Fed. R. Civ. P. 58(d), Plaintiffs request that final judgment be entered in this action and that judgment be set out in a separate document.

Respectfully submitted this 19th day of January, 2018.

*s/ Jessica E. Ross*
Jessica E. Ross
Telios Law PLLC
19925 Monument Hill Road
P.O. Box 3488
Monument, CO  80132
Telephone:  (855) 748-4201
FAX:  (775) 248-8147
E-mail:  jer@telioslaw.com

Theresa Lynn Sidebotham
Telios Law PLLC
19925 Monument Hill Road
P.O. Box 3488
Monument, CO  80132
Telephone:  (855) 748-4201
FAX:  (775) 248-8147
E-mail:  tls@telioslaw.com
*Attorneys for Plaintiffs*

By: s/ Kenneth Hodges
Kenneth Hodges
Senior Assistant County Attorney
Office of the County Attorney
of El Paso County, Colorado

200 S. Cascade Ave.
Colorado Springs, CO 80903
(719) 520-6485, Fax: 520-6488
kennethhodges@elpasoco.com
*Attorney for County Defendants*


CYNTHIA H. COFFMAN
Attorney General

*/s/ Tanja Wheeler*
TANYA E. WHEELER*
First Assistant Attorney General
Elizabeth J. McCarthy*
Senior Assistant Attorney General
Human Services Unit
State Services Section
Attorneys for the Department
*Counsel of Record

1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6130
FAX: 720-508-6041
Email: tanya.wheeler@coag.gov;
libbie.mccarthy@coag.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that automatically sends notification of such filing to the following email addresses:

Diana Kay May: dianamay@elpasoco.com, aprilwillie@elpasoco.com, caseycampbell@elpasoco.com, edithanderson@elpasoco.com

Elizabeth McCarthy: libbie.mccarthy@coag.gov, libbiemccarthy@gmail.com

Kenneth Hodges: kennethhodges@elpasoco.com, aprilwillie@elpasoco.com, caseycampbell@elpasoco.com

Tanja Wheeler: tanja.wheeler@coag.gov, irene.saley@coag.gov, julia.wiggins@coag.gov, Kimberly.daley@coag.gov

*s/ Jessica E. Ross*
Jessica E. Ross