IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01165-KLM

JANE DOE, and
I.B., by her mother and next friend, Jane Doe,

      Plaintiffs,

v.

JULIE KROW, in her official capacity as Executive Director, El Paso County Department of Human Services for prospective relief, and
REGGIE BICHA, Executive Director of the Colorado Department of Human Services, in his official capacity for prospective relief,

      Defendants.

## AMENDED FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, and in light of the parties' Stipulation of Dismissal of Remaining Claims with Prejudice [#83], filed January 19, 2018, which provides for the resolution of all outstanding claims, the following FINAL JUDGMENT is entered.

Pursuant to the Order [#51] entered by Magistrate Judge Kristen L. Mix on September 30, 2016, which order is incorporated by reference, it is

ORDERED that the County Defendants' Motion to Dismiss First Amended Complaint [#40] is GRANTED in part and DENIED in part. It is

FURTHER ORDERED that Defendant Bicha's Motion to Dismiss First Amended Complaint [#41] is DENIED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the First Claim, as well as the individual-capacity

claims against Defendants Bengtsson and Rhodus in the Second Claim, are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that the Third, Fourth, and Fifth Claims in Plaintiffs' Amended Complaint [#34] are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6).

Pursuant to the parties' Stipulation of Dismissal of Remaining Claims with Prejudice [#83], it is

FURTHER ORDERED that the official-capacity claims for prospective relief in the Second Claim against Defendants Krow and Bicha are DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that each party shall cover its own fees and costs.

DATED at Denver, Colorado January 26, 2018.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ L. Galera
   Laura Galera
   Deputy Clerk